**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 23-3119

S.A.A.

Appellant

v.

Samantha Geisler, Maple Grove Police Officer

Appellee

------------------------------

The American Civil Liberties Union Foundation and Professors of Civil Procedure

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02071-PJS)

---

**ORDER**

The petition for rehearing en banc is granted. The petition for panel rehearing is denied as moot. The opinion and judgment dated July 16, 2024, are vacated. The case will be set for oral argument on October 24, 2024 at 2:00 p.m. in St. Paul. Within ten days of this order, the parties must submit thirty (30) additional copies of all briefs and eight additional copies of all appendices previously filed in the case.

September 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

________________________________________
/s/ Maureen W. Gornik